FILED

APR 10 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR 1129 LAB |
| Plaintiff, ) | I N F O R M A T I O N |
| v. ) | Title 18, U.S.C., Sec. 1001 - False Statement to a Federal |
| EDGAR ARTURO GONZALEZ-HERNANDEZ, ) | Officer |
| Defendant. ) | |

The United States Attorney charges:

On or about  12.26.2007 , within the Southern District of California, defendant EDGAR ARTURO GONZALEZ-HERNANDEZ, in a matter within the jurisdiction of the United States Department of Homeland Security, a department and agency of the United States, did knowingly and willfully make false, fictitious and fraudulent statements and representations as to material facts in that he did represent and state to a federal officer that his name was Edgar Arturo Gutierrez, whereas in truth and fact, as defendant then and there well knew

//
//
//
//
//

WMC:mg:San Diego
4/9/08

that statement and representation was false, fictitious and fraudulent when made; in violation of Title 18, United States Code, Section 1001.

DATED: April 10, 2008.

                                        KAREN P. HEWITT
                                      United States Attorney

                                      W. MARK CONOVER
                                      Assistant U.S. Attorney