

AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| EDGAR ARTURO GONZALEZ-HERNANDEZ | CASE NUMBER: 08CR1129-LAB |

I, <u>EDGAR ARTURO GONZALEZ-HERNANDEZ</u>, the above named defendant, who is accused of committing the following offense:

Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __April 10, 2008__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*Edgar Hernandez*
Defendant

*Cornelio Michler*
Counsel for Defendant

Before _____
JUDICIAL OFFICER